UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NORMAN DETRICK, et al., | ) | Case No.: 5:06CV2732 |
| | ) | |
| Plaintiffs, | ) | Judge Sara Lioi |
| | ) | |
| vs. | ) | |
| | ) | MEMORANDUM OPINION |
| | ) | AND ORDER |
| 84 LUMBER COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

SARA LIOI, UNITED STATES DISTRICT JUDGE:

Defendant 84 Lumber Company has filed a "Motion for Reconsideration of the Court's Order Dated April 12, 2007 Granting Plaintiffs' Oral Request for Jury Trial and Motion for Partial Strike of Plaintiffs' Jury Demand" (Doc. 45).  Plaintiffs Norman and Judy Detrick have opposed this motion (Doc. 47), and 84 Lumber filed a reply brief (Doc. 49).  Because 84 Lumber actually seeks a clarification of this Court's earlier order, rather than a reconsideration, this Court will consider the motion as a Motion for Clarification and **GRANT** it.

Defendant's motion arises from the discussion at the April 12, 2007 Status Conference in this matter.  When asked about the availability of a jury trial in this matter, the Court stated that on those claims for which a jury was properly requested, jury trial would be had; on those claims for which a jury was not properly requested, trial to the Court would be had.  The Court encouraged counsel, to the extent they had remaining questions on this point, to brief the issue.  The Motion for Reconsideration filed by 84 Lumber responded to this invitation.

After carefully reviewing the parties' briefs and the pleadings in this matter, it is apparent that no party has made a proper jury demand as to the Detricks' complaint, so trial on the claims in that complaint will be to the bench.  It further is apparent that the Detricks properly requested a jury on 84 Lumber's counterclaim, so trial on the claims in that counterclaim will be by jury.  Jury instructions therefore need be prepared only as to the claims enumerated in 84 Lumber's counterclaim.

This explanation is entirely consistent with the Court's prior order – issued before 84 Lumber's counterclaim was filed – in which a bench trial was ordered.  This Court therefore reaffirms and clarifies its order, in that trial in this matter will be to the bench as to the Detricks' complaint and to a jury as to 84 Lumber's counterclaim.

For the foregoing reasons, 84 Lumber's Motion for Reconsideration hereby is considered as a Motion for Clarification and is **GRANTED**.

**IT IS SO ORDERED**.

Dated: July 9, 2007         s/     *Sara Lioi*
                            **HONORABLE SARA LIOI**
                            **UNITED STATES DISTRICT JUDGE**