## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| NORMAN DETRICK, et al., | ) | CASE NO.  1:06CV2732 |
| | ) | |
| PLAINTIFFS, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| | ) | |
| 84 LUMBER COMPANY, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This case between the plaintiffs, Norman and Judy Detrick ("the Detricks"), and the defendant, 84 Lumber Company, was tried before the Court and a jury on separate issues. On April 14, 2008, the jury rendered a verdict in favor of 84 Lumber Company against Norman Detrick on 84 Lumber Company's counterclaim for defamation. By Memorandum Opinion filed July 21, 2008, the Court found in favor of 84 Lumber Company on the Detricks' claims for breach of contract and violation of the Ohio Consumer Sales Practices Act and in favor of the Detricks on their claim for unjust enrichment. Accordingly, the Court hereby enters judgment as follows:

(1) In favor of 84 Lumber Company and against Norman Detrick on 84 Lumber Company's counterclaim for defamation, and damages are awarded to 84 Lumber Company and against Norman Detrick on this claim in the amount of $1.00;

(2) In favor of 84 Lumber Company and against Norman and Judy Detrick on the Detricks' claims for breach of contract and violation of the Ohio Consumer Sales Practices Act;

(3) In favor of Norman and Judy Detrick and against 84 Lumber Company on the Detricks' claim for unjust enrichment, and damages are awarded to Norman and Judy Detrick and

against 84 Lumber on this claim in the amount of $2,194.03.

This judgment is hereby entered pursuant to Federal Rule of Civil Procedure 58. The Court having previously disposed of all other claims asserted by each party, this case is now resolved in the entirety and, therefore, is closed.

**IT IS SO ORDERED.**

Dated:  July 21, 2008

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**